Certificate Number: 02910-NYN-DE-010254647

Bankruptcy Case Number: 10-60450

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 14, 2010, at 7:56 o'clock PM EDT,

Erin M O'Connor completed a course on personal financial management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date: March 15, 2010    By    /s/Kywanna Owens

Name  Kywanna Owens

Title  Customer Support Representative